# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELEVATE PATIENT FINANCIAL SOLUTIONS, LLC,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>)<br>**RESILIENCE HEALTHCARE – WEISS** )<br>**MEMORIAL HOSPITAL, LLC and** )<br>**RESILIENCE HEALTHCARE – WEST** )<br>**SUBURBAN MEDICAL CENTER LLC,** )<br>)<br>**Defendants.** | **Case No.** 1:25-cv-03668 _____<br>**Jury Demanded** |

## COMPLAINT

Plaintiff, Elevate Patient Financial Solutions, LLC ("Elevate"), by and through counsel, hereby submits this Complaint against Defendants Resilience Healthcare – Weiss Memorial Hospital, LLC ("Weiss") and Resilience Healthcare – West Suburban Medical Center LLC ("West Suburban") (collectively referred to as "Resilience"), who have failed to pay valid and outstanding invoices when due, and state as follows:

## THE PARTIES

1. Plaintiff Elevate Patient Financial Solutions, LLC is a foreign limited liability company with its principal place of business located in Spring, Texas. Plaintiff is a company that provides revenue cycle services to hospitals and healthcare providers.

2. Defendant Resilience Healthcare – Weiss Memorial Hospital, LLC is a foreign limited liability company with its principal place of business at 4646 N. Marine Drive, Chicago, Illinois 60640. Defendant is an acute care hospital located in Chicago, Illinois.

3. Defendant Resilience Healthcare – West Suburban Medical Center LLC is a foreign limited liability company with its principal place of business at 3 Erie Court, Oak Park, Illinois 60302. Defendant is an acute care hospital located in Chicago, Illinois.

## JURISDICTION AND VENUE

4. Plaintiff brings this action against Defendant under 28 U.S.C. § 1332 and contends that diversity jurisdiction exists between the parties and the amount in controversy exceeds $75,000.00. Diversity between the parties exists as the sole member of Plaintiff's LLC is a Delaware corporation with its principal place of business in Texas and, upon information and belief, Defendants are both Delaware limited liability companies with members that are citizens of either Illinois or New Jersey.

5. Personal jurisdiction exists generally over the Defendants as they have sufficient minimum contacts with the forum as a result of business conducted within the State of Illinois and the Northern District of Illinois. Defendants each operate hospitals within Illinois and the revenue cycle services provided to Defendants by Plaintiff were related to services provided in Illinois.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) as the services provided to Defendants by Plaintiff giving rise to Plaintiff's claim took place in Illinois.

## FACTS

7. Elevate provided healthcare revenue cycle services to both Resilience Weiss and West Suburban hospitals under separate Master Services Agreements. The agreements were both executed on April 1, 2021 ("Agreements").

8. Section 3.2 of the Agreements provides that Resilience would pay all properly submitted and undisputed invoices within thirty (30) days of receipt.

9. Section 3.3 of the Agreements describes the process for disputing invoices; however, Resilience has not advised Elevate in writing, within 30 days or within any timeframe of any disputed invoice. Consequently, Resilience Weiss's and Resilience West Suburban's had and continue to have an obligation to pay Elevate's outstanding invoices without delay or reduction per the Agreements.

10. On May 31, 2024, Elevate sent a notice to both Resilience Weiss and Resilience West Suburban listing the then unpaid invoices and stating the basis for Resilience's obligation to pay the outstanding invoices. Elevate further described the processes laid out in Section 6.4 of the Agreements allowing Elevate several options for recourse in the event invoices were not paid within (30) days of receipt, including termination of the Agreements.

11. On July 25, 2024, Elevate sent a second notice to Resilience regarding the outstanding invoices including additional unpaid invoices.

12. After these notice letters were sent, Elevate and Resilience agreed to a payment plan starting on August 20, 2024. However, several payments were not received on-time or in the amounts agreed upon. On October 17, 2024, Elevate sent a letter to Resilience stating Elevate was terminating its services with Resilience, if Resilience did not pay the full outstanding balance owed by the close of business on October 25, 2024. Elevate did not receive the total outstanding balance owed and, thus, terminated the Agreements on October 26, 2024, per Section 6.4 of the Agreements.

13. As a result of Elevate's services provided under the Agreement, Elevate engaged in revenue cycle management services that resulted in Resilience receiving third party reimbursement for referred patient accounts. The services provided entitled Elevate to invoice Resilience under the Agreements. Accordingly, Elevate issued the following invoices to Resilience for its services

that remain unpaid, dated between November 21, 2023 and November 11, 2024 (the "Unpaid Invoices"):

| Hospital Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|
| West Suburban | 142968 | 11/21/23 | $1,500.00 |
| West Suburban | 500329 | 12/11/23 | $15,000.00 |
| Weiss Memorial Hospital | PWMH01-2024 | 2/9/24 | $14,563.09 |
| West Suburban | PWSMH02-2024 | 3/11/24 | $24,223.70 |
| Weiss Memorial Hospital | 502180 | 4/9/24 | $3,800.00 |
| West Suburban | 502181 | 4/9/24 | $22,200.00 |
| Weiss Memorial Hospital | PMWH03-2024 | 4/9/24 | $8,006.75 |
| West Suburban | PWSMH03-2024 | 4/9/24 | $12,933.39 |
| Weiss Memorial Hospital | 503055 | 5/9/24 | $6,050.00 |
| West Suburban | 503056 | 5/9/24 | $18,550.00 |
| Weiss Memorial Hospital | PMWH04-2024 | 5/9/24 | $3,184.69 |
| Weiss Memorial Hospital | 001-PWMH | 6/1/24 | $2,601.66 |
| Weiss Memorial Hospital | 002-PWMH | 6/1/24 | $22,619.55 |
| Weiss Memorial Hospital | RC-10169 | 6/11/24 | $3,269.15 |
| West Suburban | RC-10170 | 6/11/24 | $13,622.96 |
| Weiss Memorial Hospital | 503368 | 6/12/24 | $2,550.00 |
| West Suburban | 503369 | 6/12/24 | $5,650.00 |
| Weiss Memorial Hospital | 003-PWMH | 7/1/24 | $30,079.55 |
| Weiss Memorial Hospital | 504251 | 7/10/24 | $3,350.00 |
| West Suburban | 504253 | 7/10/24 | $20,350.00 |
| Weiss Memorial Hospital | RC-10486 | 7/10/24 | $2,732.73 |
| West Suburban | RC-10487 | 7/10/24 | $3,594.54 |
| Weiss Memorial Hospital | 004-PWMH | 8/1/24 | $35,130.98 |
| Weiss Memorial Hospital | 504707 | 8/9/24 | $3,500.00 |
| West Suburban | 504708 | 8/9/24 | $24,050.00 |
| Weiss Memorial Hospital | 005-PWMH | 9/1/24 | $53,112.44 |
| Weiss Memorial Hospital | 505064 | 9/11/24 | $9,525.00 |
| West Suburban | 505142 | 9/11/24 | $20,875.00 |
| Weiss Memorial Hospital | 006-PWMH | 10/1/24 | $39,977.45 |
| Weiss Memorial Hospital | 505742 | 10/9/24 | $3,850.00 |
| West Suburban | 505744 | 10/9/24 | $22,750.00 |
| Weiss Memorial Hospital | 007-PWMH | 11/1/24 | $22,748.94 |
| West Suburban | 506243 | 11/11/24 | $20,200.00 |
| Weiss Memorial Hospital | 506244 | 11/11/24 | $3,850.00 |

| | |
|---|---|
| Total: | $500,001.57 |

## COUNT 1: BREACH OF CONTRACT

14. Elevate incorporates the allegations in the numbered paragraphs above as if fully set forth herein.

15. Elevate and Resilience entered into binding Master Service Agreements on April 1, 2021.

16. The Agreements provided that Elevate would provide its healthcare revenue cycle services to Resilience Weiss and Resilience West Suburban hospitals.

17. The Agreements also required that Weiss and Resilience West Suburban hospitals pay Elevate for those services.

18. Resilience breached the Agreement by failing to pay Elevate for the Unpaid Invoices in the amount of $500,001.57, in accordance with the Agreements.

19. As a direct result of Resilience's breach of the Agreement, Elevate has suffered significant damages.

## COUNT 2: UNJUST ENRICHMENT

20. Plaintiff incorporates the allegations in the numbered paragraphs above as if fully set forth herein.

21. Elevate and Resilience entered into binding Master Service Agreements on April 1, 2021.

22. The Agreements provided that Elevate would provide its healthcare revenue cycle services to Resilience Weiss and Resilience West Suburban hospitals. As a result of Elevate's services, Resilience received payments from third party payers related to individual hospital accounts.

5

23. To date, Resilience retains the payments generated by Elevate under the Agreements, without paying Elevate the fees in the amount of $500,001.57 owed for generating those payments.

24. As such, Defendant has been unjustly enriched by receiving the benefit of Elevate's healthcare revenue cycle services, without paying for those services.

**WHEREFORE**, Plaintiff Elevate prays:

a. That proper service is issued and served upon Defendants Resilience Healthcare – Weiss Memorial Hospital, LLC and Resilience Healthcare – West Suburban Medical Center LLC, requiring it to answer the Complaint within the time allotted by the Federal Rules of Civil Procedure;

b. That Plaintiff Elevate be awarded a judgment against the Defendant in the amount of $500,001.57;

c. That Plaintiff Elevate be awarded prejudgment interest at the maximum rate permitted by law against the Defendants;

d. That Plaintiff Elevate be awarded its costs and attorneys fees as the prevailing party, pursuant to the terms of Agreement or as otherwise required under applicable law;

e. That Plaintiff be awarded such other and further relief to which Plaintiff may be entitled by law.

Respectfully Submitted,

By: ___/s/Demetra Arapakis Christos___
      One of Its Attorneys

Demetra Arapakis Christos
dchristos@foleymansfield.com
Attorney for

6

FOLEY & MANSFIELD, PLLP
55 W. Monroe, Ste 3430, Chicago, IL  60603
Phone: (312) 254-3803 | Fax: (312) 254-3801